## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 3:05cr87/RV

**RODRIGO ULLOA MARTINEZ**
      a/k/a "Chino,"
**and**
**JUAN NIEVES-VILLAREAL**
_____/

### FINAL ORDER OF FORFEITURE AS TO DEFENDANTS
### RODRIGO ULLOA MARTINEZ AND JUAN NIEVES-VILLAREAL

WHEREAS, on November 14, 2005, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2), based upon the defendants' guilty verdict on the indictment in this action, and their consent to the forfeiture of $100,000.00 as assets used or derived from said conduct;

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2 (b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendants **Rodrigo Ulloa Martinez and Juan Nieves-Villareal** at the time of sentencing and shall be made part of the sentence and included in the judgment, now wherefore,

IT IS HEREBY ORDERED:

That all of defendants **Rodrigo Ulloa Martinez's and Juan Nieves-Villareal's** right, title and interest in the property described above is hereby forfeited to and vested in the

United States of America and that said forfeiture is now final as to defendants **Rodrigo Ulloa Martinez and Juan Nieves-Villareal** for all purposes.

IT IS SO ORDERED this 25th  day of January 2006.

                                       /s/ *Roger Vinson*
                                       ROGER VINSON
                                       SENIOR UNITED STATES DISTRICT JUDGE