# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3:05cr 87/RV/MD
                                                        3:06cv559/RV/MD

RODRIGO ULLO MARTINEZ

**REFERRAL AND ORDER**

Referred to Judge Vinson on  05/23/2007
Type of Motion/Pleading MOTION FOR EXTENSION OF TIME UNTIL 5/31/2007 TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION.
Filed by: DEFENDANT           on 5/23/07      Doc. No. 128
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc. No. _____
_____ on _____ Doc. No. _____
                                          WILLIAM M. McCOOL, CLERK OF COURT

                                           /s/ Teresa Cole
                                          Deputy Clerk: Teresa Cole

**ORDER**

*Upon consideration of the foregoing, it is ORDERED this  24th  day of  May , 2007, that:*

*(a) The relief requested is* **DENIED AS MOOT.**

*(b) The Report and Recommendation has already been adopted, more than 30 days after receipt by the defendant.*

                                                       /s/ *Roger Vinson*
                                                          ROGER VINSON
                                                 *Senior United States District Judge*