# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:05cr87 RV and
                                                            3:06cv559 RV/MD

RODRIGO ULLO MARTINEZ
a/k/a CHINO
a/k/a RODRIGO MARTINEZ-ULLOA

**REFERRAL AND ORDER**

Referred to Judge Vinson on  06/07/2007
Type of Motion/Pleading RULE 59 (e) RECONSIDERATION MOTION FOR LEAVE TO FILE AN OUT-OF-TIME OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION DUE TO EXTRAORDINARY CIRCUMSTANCES
Filed by: Defendant       on 6/7/07       Doc. No. 130
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc. No. _____
_____ on _____ Doc. No. _____
                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      Deputy Clerk: Lynn Uhl

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  11th  day of   June  , 2007, that:

(a)   The requested relief is GRANTED **only** to June 21, 2007.

(b)   The order of May 21, 2007 (doc. 125) is vacated and set aside, for good cause shown.


                                        /s/  *Roger Vinson*
                                        ROGER VINSON
                                        SENIOR UNITED STATES DISTRICT JUDGE


Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____

                                     Document No.