# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                  CASE NO.   3:05cr87 RV and
                                                                                3:06cv559 RV/MD

RODRIGO ULLO MARTINEZ
a/k/a CHINO
a/k/a RODRIGO MARTINEZ-ULLOA

**REFERRAL AND ORDER**

Referred to Judge Vinson on  03/20/2008

Type of Motion/Pleading  LETTER/NOTICE THAT DEFENDANT DID NOT RECEIVE ORDER ON REPORT AND RECOMMENDATION

Filed by: Defendant           on 3/19/08           Doc. No. 147

( )  Stipulated/Consented/Joint Pleading

RESPONSES:

                                             on _____ Doc. No. _____
                                             on _____ Doc. No. _____

                                             WILLIAM M. McCOOL, CLERK OF COURT

                                             s/D. Bajzik
                                             Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   21st   day of   March  , 2008, that:

     The order and judgment entered July 2, 2007, were mailed to the defendant on that date, but returned to the Court as undeliverable by the postal service.  Therefore, the order adopting the report and recommendation (doc. 135) and the judgment (doc. 136) are hereby VACATED AND SET ASIDE.

                                             /s/  *Roger Vinson*
                                             ROGER VINSON
                                             SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.